**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>NLG, LLC,<br><br>        Debtor. | Chapter 7<br><br>Case No. 21-51264 (JKS) |
| ALFRED T. GIULIANO, the Chapter 7 Trustee for the estate of NLG, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>SELECTIVE ADVISORS GROUP, LLC, and 9197-5904 Quebec, Inc.,<br><br>        Defendants. | Adv. No. 21-51264 (JKS)<br><br>**Re: Adv. D.I. 56 & 57** |

### AMENDED NOTICE OF WITHDRAWAL OF DOCUMENTS

PLEASE TAKE NOTICE that adversary docket entries 56 and 57and hereby are withdrawn.

        KLEIN LLC

        */s/ Julia Klein*
        Julia B. Klein (DE 5198)
        225 W 14th Street
        Suite 100
        Wilmington, Delaware 19801
        (302) 438-0456
        klein@kleinllc.com

        *Counsel for Defendants*

Dated:  May 19, 2022
        Wilmington, Delaware